584-15

# ELECTRONIC RECORD

COA #   03-12-00620-CR          OFFENSE:   19.02

STYLE:  Henry Gonzales, Jr. v. The State of Texas          COUNTY:   Travis

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   299th District Court

DATE: 12/04/14          Publish: NO   TC CASE #:   D-1-DC-12-904023

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Henry Gonzales, Jr. v. The State of Texas          CCA #:   584-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _06/24/15_          SIGNED: _____   PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD